UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
11/8/07
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

JASON ISAAC THOMPSON

CASE NO.   3:07-cr-263(S1)-J-32HTS
Ct. 1          18 U.S.C. § 922(e) & 924(a)(1)(D)
Forfeiture   18 U.S.C. § 924(d) &
                 28 U.S.C. § 2461(c)

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about September 20, 2007, at Jacksonville, Duval County, Florida, in the Middle District of Florida,

JASON ISAAC THOMPSON

the defendant herein, did knowingly and willfully deliver and cause to be delivered a package and container containing firearms to a common carrier for transportation and shipment in interstate and foreign commerce to a person other than a licensed importer, licensed manufacturer, licensed dealer, or licensed collector, without written notice to the common carrier that the firearms were being transported and shipped.

All in violation of Title 18, United States Code, Sections 922(e) & 924(a)(1)(D).

### FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the

provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

JASON ISAAC THOMPSON

the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the firearms and ammunition involved in the commission of the offense, to wit, (1) an AR-15 model ST15, .22 caliber rifle, serial number P000171; (2) two 30-round magazines with a total of 60 rounds of .22 caliber ammunition; (3) a Taurus model PT145 Pro, .45 caliber semiautomatic pistol, serial number NZK73067; and (4) one magazine loaded with 10 rounds of .45 caliber ammunition for the Taurus pistol.

A TRUE BILL,

_Irene L. McHugh_
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _[signature]_
for JOHN J. SCIORTINO
Assistant United States Attorney

By: _[signature]_
CLAYTON P. HAHS
Special Assistant United States Attorney

By: _[signature]_
RONALD T. HENRY
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JASON ISAAC THOMPSON

## INDICTMENT

Violations:

Ct. 1:  18 U.S.C. §§922(e) and 924(a)(1)(D)
Forfeitures

A true bill,

_____
Foreperson

Filed in open court this ____ day

of November, A.D. 2007.

_____
Clerk

Bail $ _____

GPO 863 525

Revised 05 03 2007