UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 3:07-cr-263-TJC-HTS-1

JASON ISAAC THOMPSON.
_____

**O R D E R**

On March 6, 2008, following a hearing on Defendant's Motion to Suppress Evidence, the Magistrate Judge issued a Report and Recommendation denying the Motion. (Doc. No. 87, filed March 6, 2008.)  Defendant then filed Objections to the Report and Recommendation. (Doc. No. 94, filed March 26, 2008.)  The United States, however, failed to file a response.

Pursuant to 28 U.S.C. § 636(b)(1), a party may file written objections to a Magistrate's Report and Recommendation within ten days of being served with a copy.  The district court then must make a *de novo* determination with respect to the portions of the Report and Recommendation to which the objections are made. 28 U.S.C. § 636(b)(1); see Thomas v. Arn, 474 U.S. 140, 150–151 (1985).

Defendant makes six objections to the Magistrate's report, claiming as follows: (1) the Magistrate Judge erred in denying Defendant's emergency motion for discovery and Brady material regarding video recordings at Jacksonville International Airport ("JIA"); (2) the Magistrate Judge erred in denying Defendant's emergency motion for discovery and Brady material regarding TSA screening reports of checked bags with firearms, TSA and JIA referrals

1

to the United States Attorney's Office, and TSA referrals and Notices of Violations of firearms; (3) the Magistrate Judge erred in denying Defendant's request for production, that limited part of the TSA manual setting forth the standard operating procedure regarding firearms; (4) the Magistrate Judge erred in concluding the search of Defendant's gun box was a proper administrative search; (5) the Magistrate Judge erred in concluding circumstances here did not exceed Terry and that the seizure of guns, money, and gun box within Defendant's checked baggage was not improper; and (6) the Magistrate Judge erred in concluding circumstances here did not exceed Terry and the detaining of Defendant was not improper.

Upon consideration of the Report and Recommendation, and upon conducting an independent *de novo* review of the entire record in this matter,  it is

**ORDERED, DECREED AND ADJUDGED**

1.  Defendant's Objections to the Magistrate's Report and Recommendation (Doc. No. 94) are **OVERRULED**.

2.  The Court confirms the Magistrate Judge's findings of fact and conclusions of law, and the Report and Recommendation (Doc. No. 87) is **ADOPTED** as the opinion of the Court.

**DONE AND ENTERED** at Jacksonville, Florida, this 14th day of April, 2008.

TIMOTHY J. CORRIGAN
United States District Judge

Copies to:
Charles B. Lembke, Esq.
John Sciortino, AUSA
Mark Devereaux, AUSA
Clayton Patrick Haus, AUSA
Hon. Howard T. Snyder
Law Clerk (HTS)