UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:07-cr-263-J-32-HTS

JASON ISAAC THOMPSON

### UNITED STATES' REQUEST FOR LEAVE TO FILE DISMISSAL

Pursuant to Fed. R. Crim. P. 48(a) and by leave of Court endorsed hereon, the United States Attorney for the Middle District of Florida hereby requests leave of Court to file a dismissal of the Indictment which is pending against the defendant, without prejudice, due to the acceptance of the defendant's guilty plea to violating 49 U.S.C. § 46314(a).

WHEREFORE, the United States respectfully requests that this Court grant the leave to dismiss the Indictment and that the Court dismiss the Indictment against the defendant.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By:   *s/ Ronald D. DeSantis*
      Ronald D. DeSantis
      Special Assistant United States Attorney
      FL Bar 0015976
      300 North Hogan Street, Suite 700
      Jacksonville, Florida  32202-4270
      Telephone:   (904) 301-6300
      Facsimile:   (904) 301-6310
      E-mail:      ron.desantis@usdoj.gov

U.S. v. Jason Isaac Thompson  Case No. 3:07-cr-263-J-32HTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

 Charles Lemcke, Esq.

I hereby certify that on May 29, 2008, a true and correct copy of the foregoing document and the notice of electronic filing was sent by United States Mail to the following non-CM/ECF participant(s):

 N/A

  *s/ Ronald D. DeSantis*
  RONALD D. DESANTIS
  Special Assistant United States Attorney
  Bar No. 0015976
  300 North Hogan Street, Suite 700
  Jacksonville, Florida  32202-4270
  Telephone:   (904) 301-6300
  Facsimile:    (904) 301-6310
  E-mail:         Ron.Desantis@usdoj.gov